UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JERMIAL ALI REDDING,

        Petitioner,

v.

CONNIE HORTON,

        Respondent.

_____/

Case No. 2:19-cv-247

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 16, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge