UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

J̲ERMIAL A̲LI R̲EDDING,

        Petitioner,

v.

C̲ONNIE H̲ORTON,

        Respondent.
_____/

Case No. 2:19-cv-247

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  January 16, 2020           /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge